No. 03–9994.  CORRADINI *v.* CORRADINI, 542 U. S. 941.  Motion for leave to file petition for rehearing denied.

### DECEMBER 10, 2004

No. 04A469.  ASHCROFT, ATTORNEY GENERAL *v.* O CENTRO ESPÍRITA BENEFICENTE UNIAO DO VEGETAL ET AL.  C. A. 10th Cir.  Application for stay of injunction or, in the alternative, to recall and stay the mandate, presented to JUSTICE BREYER, and by him referred to the Court, denied.  The temporary stay entered December 1, 2004, is vacated.

No. 04–340.  SAN REMO HOTEL, L. P., ET AL. *v.* CITY AND COUNTY OF SAN FRANCISCO, CALIFORNIA, ET AL.  C. A. 9th Cir.  Certiorari granted limited to Question 1 presented by the petition.

No. 04–480.  METRO-GOLDWYN-MAYER STUDIOS INC. ET AL. *v.* GROKSTER, LTD., ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 04–495.  WILKINSON, DIRECTOR, OHIO DEPARTMENT OF REHABILITATION AND CORRECTION, ET AL. *v.* AUSTIN ET AL.  C. A. 6th Cir.  Certiorari granted.

No. 04–5928.  MEDELLIN *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted.